IN THE SUPREME COURT OF THE STATE OF NEVADA

JEAN MERKELBACH,
                Appellant,

vs.

CHAD R. SMITTKAMP,
                Respondent.

No. 83361

FILED

JUL 01 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Nathan Tod Young, District Judge
       Melissa Mangiaracina, Settlement Judge
       Armstrong Teasdale, LLP/Las Vegas
       Michael C. Lehners
       Robert C. Bell
       Douglas County Clerk

---

[1]Given this dismissal, the court takes no action in regard to the motion filed on June 23, 2022.

22-20813